# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hansen, Jon E

Printed:  6/24/08

Case Number:  08 B 04400
Judge:  Squires, John H
Filed:  2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  May 14, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Kirby Corp | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Land Rover Capital Group | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 5. | Kirby Corp | Secured | 101,903.13 | 0.00 |
| 6. | Internal Revenue Service | Priority | 133,354.22 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 4,294.25 | 0.00 |
| 8. | Levin N Ginsburg | Unsecured | 2,441.25 | 0.00 |
| 9. | Target National Bank | Unsecured | 25.19 | 0.00 |
| 10. | City of Evanston | Unsecured | 534.46 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 1,373.50 | 0.00 |
| 12. | Global Payments | Unsecured | 170.29 | 0.00 |
| 13. | Land Rover Financial Services | Unsecured | 4,574.90 | 0.00 |
| 14. | Capital One | Unsecured | 1,186.11 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 335.97 | 0.00 |
| 16. | Capital One | Unsecured | 1,921.86 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 419.54 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 560.00 | 0.00 |
| 19. | Diego & Gaby Landscaping | Unsecured | 1,859.44 | 0.00 |
| 20. | First Bank & Trust Of Evanston | Secured | | No Claim Filed |
| 21. | Citibank | Secured | | No Claim Filed |
| 22. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 23. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 24. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 25. | Chalet Nursery | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:**  Hansen, Jon E | | Case Number:  08 B 04400 |
| | | Judge:  Squires, John H |
| Printed:  6/24/08 | | Filed:  2/26/08 |

| | | | |
|---|---|---|---|
| 26. | City Of Champaign | Unsecured | No Claim Filed |
| 27. | Duxler Auto Care | Unsecured | No Claim Filed |
| 28. | University of Wisconsin | Unsecured | No Claim Filed |
| 29. | Evanston Northwestern Healthcare | Unsecured | No Claim Filed |
| 30. | Goodwood Firewood | Unsecured | No Claim Filed |
| 31. | Napa Valley Emergency | Unsecured | No Claim Filed |
| 32. | First Bank & Trust Of Evanston | Unsecured | No Claim Filed |
| 33. | Nicor Gas | Unsecured | No Claim Filed |
| 34. | Hertz Corp | Unsecured | No Claim Filed |
| 35. | Queen Of The Valley Hospital | Unsecured | No Claim Filed |
| 36. | Macy's | Unsecured | No Claim Filed |
| 37. | Sacks, Goreczny, Maslanka & Costell, P.C | Unsecured | No Claim Filed |
| 38. | Resurrection Health Care | Unsecured | No Claim Filed |

$ 254,954.11                    $ 0.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: